IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, on behalf of himself and as Parent and Next Friend of MINOR DOE, | ) ) ) |
| Plaintiffs, | ) ) Case No.: 4:19-CV-03080 MTS |
| vs. | ) ) ) |
| SAINT LOUIS PUBLIC SCHOOL DISTRICT, and DOROTHY ROHDE-COLLINS and KELVIN ADAMS, in their individual capacities, | ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM PASSING CASE FOR SETTLEMENT

Plaintiff and Defendants hereby notify the Court that they have reached an agreement in principal. Therefore, the parties respectfully request that the Court stay the pre-trial submissions and remove the case from the trial docket in order for the parties to complete the settlement documents.

| | |
|---|---|
| **MICKES O'TOOLE, LLC** | **WITZEL KANZLER & DIMMITT, LLC** |
| By: /s/ Anne R. Kerns | By: /s/ Jay L. Kanzler |
| Anne Kerns, #60014(MO) | Jay L. Kanzler #41298(Mo) |
| akerns@mickesotoole.com | jaykanzler@wkllc.com |
| 12444 Powerscourt Drive, Ste. 400 | 2001 S. Big Bend Blvd. |
| St. Louis, Missouri 63131 | St. Louis, Missouri 63117 |
| Telephone: 314-878-5600 | Telephone: 314-645-5367 |
| Facsimile: 314-878-5607 | Facsimile: 314-645-5387 |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that this pleading was filed with the Court's electronic filing system this 9th day of September 2022, thereby constituting service upon all parties of record.

                                        /s/ Jay L. Kanzler